## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| MARK GORSKY, | ) | Case No. 15-33469 |
| | ) | |
| Debtor. | ) | Hon. Donald R. Cassling |
| | ) | Hearing Date: January 20, 2017 |
| | ) | Time: 11:00 a.m. |

### CERTIFICATE OF SERVICE

To:    See Attached Service List

    I, Frank J. Kokoszka, hereby certify that on December 30, 2016, I served a true and correct copy of the **Notice of Trustee's Final Report And Applications For Compensation And Deadline to Object (NFR)** upon all parties on the attached service including those named on the Electronic Mail Notice List by operation of the Court's Electronic Filing System, and sent to those parties as identified on the attached service list via US Mail by placing a copy in the U.S. Mailbox at 122 South Michigan on December 30, 2016.

Dated: December 30, 2016                      Respectfully submitted,

                                                             By: /s/ *Frank J. Kokoszka*
                                                                  One of his attorneys

Frank J. Kokoszka, Esq.
ARDC No. 6201436
KOKOSZKA & JANCZUR, P.C.
122 South Michigan Avenue, Suite 1070
Chicago, Illinois 60603-6270
(312) 443-9600 x7861 (phone)
(312) 443-5704 (fax)
trustee@k-jlaw.com

## SERVICE LIST
## **MARK GORSKY**

Blue Cross and Blue Shield
c/o Healthcare Recoveries
P.O. Box 34576 Dept. 33022147
Louisville, KY 40232

Yellow Book
P.O. Box 3162
Cedar Rapids, IA 52406

Hibu, Inc f/k/a Yellowbook, Inc.
c/o RMS Bankruptcy Recovery Services
P.O. Box 361345
Columbus, OH  43236

Mark Gorsky
1101 Bryn Mawr
Roselle, IL  60172

John P. Carlin
**(Via ECF Electronic Notice)**

Office of U.S. Trustee
**(Via ECF Electronic Notice)**