# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

In re:                              §
                                    §
Mark J Gorsky                       §        Case No. 15-33469
                                    §
            Debtor                  §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Frank J. Kokoszka, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 3,100.00             Assets Exempt: 6,800.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 5,669.07      Claims Discharged
                                                Without Payment:  358,221.73

Total Expenses of Administration:  22,686.81

3) Total gross receipts of $ 56,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 27,644.12  (see **Exhibit 2**), yielded net receipts of $ 28,355.88  from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 22,686.81 | 22,686.81 | 22,686.81 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 358,221.73 | 35,453.58 | 35,476.46 | 5,669.07 |
| **TOTAL DISBURSEMENTS** | $ 358,221.73 | $ 58,140.39 | $ 58,163.27 | $ 28,355.88 |

4)  This case was originally filed under chapter 7 on  09/30/2015 .  The case was pending for 18 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  03/22/2017                      By:/s/Frank J. Kokoszka, Trustee
                                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Right To Sue For Personal Injury From Motorcycle Accident At | 1142-000 | 56,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 56,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Mark J. Gorsky | Exemptions | 8100-002 | 421.95 |
| Gorsky, Mark J | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 27,222.17 |
| Mark J Gorsky | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 0.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 27,644.12** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Silver Cross Hospital 1200 Maple Road Joliet, IL 60432 | | 0.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Frank J. Kokoszka | 2100-000 | NA | 3,585.59 | 3,585.59 | 3,585.59 |
| Frank J. Kokoszka | 2200-000 | NA | 112.64 | 112.64 | 112.64 |
| Bank of Kansas City | 2600-000 | NA | 321.92 | 321.92 | 321.92 |
| John Driscoll | 3210-600 | NA | 18,666.66 | 18,666.66 | 18,666.66 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 22,686.81 | $ 22,686.81 | $ 22,686.81 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Department of Revenue P.O. Box 64338 Chicago, IL 60664 | | 0.00 | NA | NA | 0.00 |
| | Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Activity Collection Se 664 Milwaukee Av Prospect Heights, IL 60070 | | 198.00 | NA | NA | 0.00 |
| | Alexander & Kathpalia 1301 Copperfield Ave #103 Joliet, IL 60432 | | 924.00 | NA | NA | 0.00 |
| | Allied Anesthesia Assoc. PC Po Box 1123 Jackson, MI 49204 | | 3,875.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ameritox 7090 Samuel Morse Dr Ste 300 Columbia, MD 21046 | | 837.61 | NA | NA | 0.00 |
| | Armor Systems Co 1700 Kiefer Dr Ste 1 Zion, IL 60099 | | 177.00 | NA | NA | 0.00 |
| | Armor Systems Co 1700 Kiefer Dr Ste 1 Zion, IL 60099 | | 50.00 | NA | NA | 0.00 |
| | armor systems corp 1700 kiefer drive #1 Zion, IL 60099-5105 | | 177.69 | NA | NA | 0.00 |
| | ARS National Services, Inc. PO Box 46946 Escondido, CA 92046 | | 16,434.14 | NA | NA | 0.00 |
| | Associated Radiologists of Joliet 6801 W. 73rd St. Suite 637 Bedford Park, IL 60499 | | 1,657.00 | NA | NA | 0.00 |
| | Bay Area Credit Service 1000 Abernathy RD NE Ste 195 Atlanta, GA 30328 | | 190.96 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Blue Cross and Blue Shield c/o Healthcare Recoveries PO Box 34576 Dept. 33022147 Louisville, KY 40232 | | 0.00 | NA | NA | 0.00 |
| | Cda/pontiac Attn:Bankruptcy Po Box 213 Streator, IL 61364 | | 93.00 | NA | NA | 0.00 |
| | Cda/pontiac Attn:Bankruptcy Po Box 213 Streator, IL 61364 | | 5,293.00 | NA | NA | 0.00 |
| | Cda/pontiac Attn:Bankruptcy Po Box 213 Streator, IL 61364 | | 752.00 | NA | NA | 0.00 |
| | Cda/pontiac Attn:Bankruptcy Po Box 213 Streator, IL 61364 | | 924.00 | NA | NA | 0.00 |
| | Cda/pontiac Attn:Bankruptcy Po Box 213 Streator, IL 61364 | | 772.00 | NA | NA | 0.00 |
| | Chase Card Po Box 15298 Wilmington, DE 19850 | | 16,434.00 | NA | NA | 0.00 |
| | Chase Card Po Box 15298 Wilmington, DE 19850 | | 21,060.00 | NA | NA | 0.00 |
| | ComEd PO Box 6111 Villa Park, IL 60181 | | 139.52 | NA | NA | 0.00 |
| | Comprehensive Pathology Services 26570 Network Place Chicago, IL 60673 | | 429.20 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Convergent Outsourcing Inc 800 SW 39th St, Renton, WA 98057 | | 139.52 | NA | NA | 0.00 |
| | Creditors Collection B Po Box 3097 Bloomington, IL 61702 | | 1,526.00 | NA | NA | 0.00 |
| | Creditors Collection Bureau PO box 1022 Wixom, MI 48393 | | 51.00 | NA | NA | 0.00 |
| | Creditors Collection Bureau PO box 1022 Wixom, MI 48393 | | 29.00 | NA | NA | 0.00 |
| | Creditors Collection Bureau PO box 1022 Wixom, MI 48393 | | 51.00 | NA | NA | 0.00 |
| | Creditors Collection Bureau PO box 1022 Wixom, MI 48393 | | 1,526.00 | NA | NA | 0.00 |
| | Creditors Discount & Audit Co 415 E. Main st P.O. Box 213 Streator, IL 61364-0213 | | 924.00 | NA | NA | 0.00 |
| | Creditors Discount & Audit Co 415 E. Main st P.O. Box 213 Streator, IL 61364-0213 | | 25.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditors Discount & Audit Co 415 E. Main st P.O. Box 213 Streator, IL 61364-0213 | | 5,292.58 | NA | NA | 0.00 |
| | EM Strategies, Ltd. PO Box 366 Hinsdale, IL 60522 | | 1,359.00 | NA | NA | 0.00 |
| | Good Shepard Hospital po box 70014 Chicago, IL 60673 | | 0.00 | NA | NA | 0.00 |
| | IC System Attn: Bankruptcy 444 Highway 96 East; Po Box 64378 St. Paul, MN 55164 | | 190.00 | NA | NA | 0.00 |
| | IC System Inc PO Box 64437 Saint Paul, MN 55164 | | 190.96 | NA | NA | 0.00 |
| | Linebarger Goggan Blair & Sampson PO Box 06357 Chicago, IL 60606 | | 963.80 | NA | NA | 0.00 |
| | Loyola Medicine 2160 S. 1st. Ave. #112 Maywood, IL 60153 | | 8,562.00 | NA | NA | 0.00 |
| | Loyola Medicine PO Box 3266 Milwaukee, WI 53201 | | 6,550.00 | NA | NA | 0.00 |
| | Loyola Medicine PO Box 3266 Milwaukee, WI 53201 | | 59.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Loyola Outpatient 2160 S 1st Ave Maywood, IL 60153 | | 55.00 | NA | NA | 0.00 |
| | Loyola Universitiy Medical Center PO Box 95994 Chicago, IL 60694 | | 472.00 | NA | NA | 0.00 |
| | Loyola University Health System Po Box 3021 Milwaukee, WI 53201 | | 471.00 | NA | NA | 0.00 |
| | Loyola University Medical Center PO Box 95994 Chicago, IL 60694 | | 172.40 | NA | NA | 0.00 |
| | Loyola University Medical Center PO Box 95994 Chicago, IL 60694 | | 373.00 | NA | NA | 0.00 |
| | LTD Financial Services 7322 Southwest Freeway Suite 1600 Houston, TX 77074 | | 16,434.14 | NA | NA | 0.00 |
| | Med Business Bureau Po Box 1219 Park Ridge, IL 60068 | | 1,000.00 | NA | NA | 0.00 |
| | Med Business Bureau Po Box 1219 Park Ridge, IL 60068 | | 1,875.00 | NA | NA | 0.00 |
| | Med Business Bureau Po Box 1219 Park Ridge, IL 60068 | | 2,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Med Business Bureau Po Box 1219 Park Ridge, IL 60068 | | 1,359.00 | NA | NA | 0.00 |
| | Medical Business Bureau PO Box 1219 Park Ridge, IL 60068 | | 4,875.00 | NA | NA | 0.00 |
| | Medical Recovery Specialists 2250 E Devon Avenue Suite 352 Des Plaines, IL 60018-4519 | | 1,725.15 | NA | NA | 0.00 |
| | Mrsi 2250 E Devon Ave Ste 352 Des Plaines, IL 60018 | | 1,725.00 | NA | NA | 0.00 |
| | National Recovery Agen 2491 Paxton St Harrisburg, PA 17111 | | 142.00 | NA | NA | 0.00 |
| | Nationwide Credit & Collection Inc. 815 Commerce Drive Suite 100 Oak Brook, IL 60523 | | 172.40 | NA | NA | 0.00 |
| | Nationwide Credit PO Box 26314 Lehigh Valley, PA 18002 | | 21,060.60 | NA | NA | 0.00 |
| | NCO Financial Systems 600 Holiday Plaza Dr. Suite 300 Matteson, IL 60443 | | 789.10 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NCO Financial Systems 600 Holiday Plaza Dr. Suite 300 Matteson, IL 60443 | | 25.00 | NA | NA | 0.00 |
| | NCO Financial Systems 600 Holiday Plaza Dr. Suite 300 Matteson, IL 60443 | | 357.00 | NA | NA | 0.00 |
| | NCO Financial Systems 600 Holiday Plaza Dr. Suite 300 Matteson, IL 60443 | | 496.70 | NA | NA | 0.00 |
| | Nco Financial Systems, 600 Holiday Plaza Dr. Suite 300 Matteson, IL 60443 | | 283.50 | NA | NA | 0.00 |
| | New Lenox Fire Protection Po Box 457 Wheeling, IL 60090 | | 1,262.00 | NA | NA | 0.00 |
| | Northwest Collectors 3601 Algonquin Rd Ste 23 Rolling Meadows, IL 60008 | | 1,262.00 | NA | NA | 0.00 |
| | Novastar Financial Attn: Legal Department 2114 Central St. Suite 600 Kansas City, MO 64108 | | 0.00 | NA | NA | 0.00 |
| | Parkview Orthopaedic Group 7600 W. College Dr. Palos Heights, IL 60463 | | 5,385.14 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Parkview Orthopaedic Group 7600 W. College Dr. Palos Heights, IL 60463 | | 864.56 | NA | NA | 0.00 |
| | Penn Credit 916 S. 14th St. PO Box 988 Harrisburg, PA 17108 | | 196.88 | NA | NA | 0.00 |
| | Precision Surgical Consultants 300 Barnyer Dr Suite A Joliet, IL 60435 | | 752.00 | NA | NA | 0.00 |
| | RPM 20816 44th Ave W Lynnwood, WA 98036 | | 190.96 | NA | NA | 0.00 |
| | Saxon Mortgage Service Po Box 161489 Fort Worth, TX 76161 | | 0.00 | NA | NA | 0.00 |
| | Silver Cross Hospital 1200 Maple Road Joliet, IL 60432 | | 148,927.13 | NA | NA | 0.00 |
| | Silver Cross Hospital 1900 Silver Cross Blvd. New Lenox, IL 60451 | | 20,458.40 | NA | NA | 0.00 |
| | Southwest Cardio Consultants Interp 2801 Black Rd. Suite A Joliet, IL 60435 | | 25.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Southwest Cardio Consultants Interp 2801 Black Rd. Suite A Joliet, IL 60435 | | 25.00 | NA | NA | 0.00 |
| | Southwest Infectious Disease 1051 Essington Rd Ste 210 Joliet, IL 60435 | | 924.00 | NA | NA | 0.00 |
| | superior air ground amb serv p.o. box 1407 Elmhurst, IL 60126 | | 1,700.00 | NA | NA | 0.00 |
| | Synchrony Bank/JC Penny Attention:  Bankruptcy Po Box 103104 Roswell, GA 30076 | | 302.00 | NA | NA | 0.00 |
| | United Recovery Systems 5800 North Course Drive Houston, TX 77072 | | 21,060.00 | NA | NA | 0.00 |
| | Village of Arlington Heights 33 South Arlington Heights Rd. Arlington Heights, IL 60005 | | 227.69 | NA | NA | 0.00 |
| | Will County Community Health Center Will County Health Department 501 Ella Ave. Joliet, IL 60433 | | 939.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Yellow Book po Box 3162 Cedar Rapids, IA 52406 | | 0.00 | NA | NA | 0.00 |
| 1 | Blue Cross And Blue Shield | 7100-000 | NA | 29,807.39 | 29,807.39 | 0.00 |
| 3 | Hibu Inc F/K/A Yellowbook Inc | 7100-000 | NA | 5,646.19 | 5,646.19 | 5,646.19 |
| 3 - Int | Hibu Inc F/K/A Yellowbook Inc | 7100-000 | NA | 0.00 | 22.88 | 22.88 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 358,221.73 | $ 35,453.58 | $ 35,476.46 | $ 5,669.07 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-33469 | JSB | Judge: | Janet S. Baer | Trustee Name: | Frank J. Kokoszka, Trustee |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | Mark J Gorsky | | | | Date Filed (f) or Converted (c): | 09/30/2015 (f) |
| | | | | | 341(a) Meeting Date: | 10/27/2015 |
| For Period Ending: | 03/22/2017 | | | | Claims Bar Date: | 02/24/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1.  Checking Account With Chase Bank | 3,000.00 | 850.00 | | 0.00 | FA |
| 2.  Business Account With Chase Bank | 1,000.00 | 0.00 | | 0.00 | FA |
| 3.  Village Bank- Checking Account | 100.00 | 100.00 | | 0.00 | FA |
| 4.  Misc Used Household Goods | 900.00 | 900.00 | | 0.00 | FA |
| 5.  Used Clothing | 400.00 | 0.00 | | 0.00 | FA |
| 6.  Pc Rescue Inc. - Computer Repair Co. Income 7-10K Per Month | 0.00 | 0.00 | | 0.00 | FA |
| 7.  Right To Sue For Personal Injury From Motorcycle Accident At<br><br>Personal Injury Settlement with Allstate approved by the Court on 3/8/2016 | Unknown | 0.00 | | 56,000.00 | FA |
| 8.  Potential Medical Malpractice Case Against Parkside Orthoped | 0.00 | 0.00 | | | FA |
| 9.  2000 Chevy Tracker Paid In Full 125,000 Miles | 400.00 | 100.00 | | 0.00 | FA |
| 10. 2002 Ford Taurus Paid In Full 250,000 Miles | 450.00 | 100.00 | | 0.00 | FA |
| 11. 1992 Harley Davidson Sportster - Needs Repair Was In An Acci | 1,000.00 | 800.00 | | | FA |
| 12. 2007 Nissan Versa Paid In Full 40,000 Miles | 2,650.00 | 250.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $9,900.00 | $3,100.00 | | $56,000.00 | $0.00 |
| --- | --- | --- | --- | --- | --- |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

All assets have been administered.

Trustee has filed claims objections (which are pending).

Upon resolution of claim objections, Trustee will submit TFR.

Exhibit 8

Initial Projected Date of Final Report (TFR): 11/30/2016          Current Projected Date of Final Report (TFR): 11/30/2016

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 15-33469
Case Name: Mark J Gorsky

Taxpayer ID No: XX-XXX4915
For Period Ending: 03/22/2017

Trustee Name: Frank J. Kokoszka, Trustee
Bank Name: BOK Financial
Account Number/CD#: XXXXXX0146
Checking
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/07/16 | 7 | Allstate Property and Casualty Insurance Company | Settlement of Personal Injury Claim | 1142-000 | $56,000.00 | | $56,000.00 |
| 03/18/16 | 101 | John Driscoll Driscoll Law Offices, P.C. 1770 Park Street Suite 205 Naperville, Illinois 60563 | Payment of Special Counsel Fees Pursuant to Court's Order Granted on 3/18/2016 authorizing payment of $18,666.66 to Special Counsel. | 3210-600 | | $18,666.66 | $37,333.34 |
| 03/31/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $49.98 | $37,283.36 |
| 04/29/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $53.48 | $37,229.88 |
| 05/31/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $55.18 | $37,174.70 |
| 06/30/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $53.32 | $37,121.38 |
| 07/29/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $55.02 | $37,066.36 |
| 08/31/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $54.94 | $37,011.42 |
| 11/29/16 | 102 | Mark J. Driscoll 1101 Bryn Mawr Roselle Illinois 60172 | Debtor's Exemption Reversal Made check payable to "Mark Driscoll" instead of Mark Gorsky | 8100-000 | | ($421.95) | $37,433.37 |
| 11/29/16 | 102 | Mark J. Driscoll 1101 Bryn Mawr Roselle Illinois 60172 | Debtor's Exemption Remainder of Debtor's $15,000.00 Personal Injury Exemption. The amount of $14,578.05 was previously paid directly to the debtor from funds held by the Trustee's Special Counsel | 8100-000 | | $421.95 | $37,011.42 |

Page Subtotals:  $56,000.00    $18,988.58

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: 15-33469 | Trustee Name: Frank J. Kokoszka, Trustee | Exhibit 9 |
| Case Name: Mark J Gorsky | Bank Name: BOK Financial | |
| | Account Number/CD#: XXXXXX0146 | |
| | Checking | |
| Taxpayer ID No: XX-XXX4915 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 03/22/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/29/16 | 103 | Mark J. Gorsky<br>1101 Bryn Mawr<br>Roselle, Illinois 60172 | Debtor's Exemption Remainder of Debtor's $15,000.00 Personal Injury Exemption. The amount of $14,578 was previously paid directly to the Debtor from funds held by the Trustee's Special Counsel. | 8100-002 | | $421.95 | $36,589.47 |
| 01/30/17 | 104 | Frank J. Kokoszka | Distribution | | | $3,698.23 | $32,891.24 |
| | | Frank J. Kokoszka | Final distribution representing a payment of 100.00 % per court order. | ($3,585.59) | 2100-000 | | |
| | | Frank J. Kokoszka | Final distribution representing a payment of 100.00 % per court order. | ($112.64) | 2200-000 | | |
| 01/30/17 | 105 | Hibu Inc F/K/A Yellowbook Inc C/O Rms Bankruptcy Recovery Services P.O. Box 361345 Columbus, Oh P.O. Box 361345 | Distribution | | | $5,669.07 | $27,222.17 |
| | | Hibu Inc F/K/A Yellowbook Inc | Final distribution to claim 3 representing a payment of 100.00 % per court order. | ($5,646.19) | 7100-000 | | |
| | | Hibu Inc F/K/A Yellowbook Inc | Final distribution to claim 3 representing a payment of 100.00 % per court order. | ($22.88) | 7100-000 | | |
| 01/30/17 | 106 | Mark J Gorsky<br>1101 BRYN MAWR<br>ROSELLE, IL 60172 | Distribution of surplus funds to debtor. | 8200-002 | | $27,222.17 | $0.00 |

| | | | Page Subtotals: | | $0.00 | $37,011.42 |
|---|---|---|---|---|---|---|

Case 15-33469   Doc 41   Filed 04/05/17   Entered 04/05/17 14:07:18   Desc Main
Document   Page 20 of 21

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-33469 | Trustee Name: Frank J. Kokoszka, Trustee |
| Case Name: Mark J Gorsky | Bank Name: BOK Financial |
| | Account Number/CD#: XXXXXX0146 |
| | Checking |
| Taxpayer ID No: XX-XXX4915 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/22/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/16/17 | 107 | Mark J Gorsky 1101 BRYN MAWR ROSELLE, IL 60172 | Distribution of Surplus Funds to Debtor This is a re-issuance of Check #106 that was mailed to Debtor on 1/30/2017. When check had not posted after 2 weeks, Trustee contacted Debtor's attorney and was informed that Debtor never received Check #106. A Stop Order was placed and a new check was issued and mailed by Federal Express. | 8200-002 | | $27,222.17 | ($27,222.17) |
| 02/17/17 | 106 | Mark J Gorsky 1101 BRYN MAWR ROSELLE, IL 60172 | Distribution of surplus funds to debtor. Reversal | 8200-002 | | ($27,222.17) | $0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | $56,000.00 | $56,000.00 |
| Less: Bank Transfers/CD's | | $0.00 | $0.00 |
| Subtotal | | $56,000.00 | $56,000.00 |
| Less: Payments to Debtors | | $0.00 | $27,644.12 |
| Net | | $56,000.00 | $28,355.88 |

UST Form 101-7-TDR (10/1/2010) *(Page: 20)*

Page Subtotals:                                         $0.00                    $0.00

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0146 - Checking | $56,000.00 | $28,355.88 | $0.00 |
| | $56,000.00 | $28,355.88 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $56,000.00 |
| Total Gross Receipts: | $56,000.00 |